spondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HALSEY. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) In the matter of the application of Hamilton R. Halsey for payment of award made in proceedings for acquiring title to premises on Main street, etc., Elmhurst, Queens borough, for a school site. No opinion. William Murray, Esq., appointed guardian ad litem. See, also, 128 N. Y. Supp. 1126.

HAMANN, Appellant, v. BOYCE, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Charles Hamann against Joseph A. Boyce, impleaded with others. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, for error, on page 34 of the minutes, in the admission of evidence alleged to have been given on the former trial, without proof of the same.

HAMILTON, Respondent, v. STATEN ISLAND RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Joseph Hamilton, an infant, by Julia I. Hamilton, his guardian ad litem, against the Staten Island Rapid Transit Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HAMMOND, Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by J. Harris Hammond, as treasurer, etc., against J. H. Jones and others. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs of demurrer and of this appeal.

In re HARDENBROOK. (Supreme Court, Appellate Division, First Department. May 5, 1911.) In the matter of Frank M. Hardenbrook, an attorney. No opinion. Application denied. Settle order on notice. See, also, 135 App. Div. 634, 121 N. Y. Supp. 250.

HARDY, Appellant, v. TOWN OF PARIS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Sarah Hardy against the Town of Paris. No opinion. Judgment affirmed, with costs.

HARLEM SAVINGS BANK, Respondent, v. HEYLMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by the Harlem Savings Bank against Henry B. Heylman, individually, etc., and others. R. Krause, for appellants. C. S. Fettretch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 N. Y. Supp. 1123.

HART v. CITY THEATERS CO. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Edward Hart against the City Theaters Company. No opin-

ion. Application denied, with $10 costs. Order signed. See, also, 128 N. Y. Supp. 678.

HAWLEY, Respondent, v. BORST, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Gilbert H. Hawley against Charles A. Borst. No opinion. Judgment and order affirmed, with costs.

HEARST, Respondent. v. RIDDER, Appellant. HEARST v. NEW YORKER STAATS ZEITUNG. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Actions by William R. Hearst against Herman Ridder and against the New Yorker Staats Zeitung. J. E. Donnelly, for appellants. C. J. Shearn, for respondent. No opinion. Judgments (129 N. Y. Supp. 1089, 1098) affirmed, with costs, with leave to defendant to amend answer, on payment of costs in this court and in the court below. Orders filed.

HEATH, Appellant, v. NEW YORK SAFETY RESERVE FUND, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Addie E. Heath against the New York Safety Reserve Fund. No opinion. Judgment (69 Misc. Rep. 452, 125 N. Y. Supp. 852) affirmed, with costs.

HEFFERN, Appellant, v. EXCELSIOR BRICK CO. OF HAVERSTRAW et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Edward Heffern, as administrator, etc., against the Excelsior Brick Company of Haverstraw and another. No opinion. Motions denied, without costs.

HEISER, Appellant, v. CINCINNATI ABATTOIR CO., Respondent. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Rudolph Heiser against the Cincinnati Abattoir Company. H. G. K. Heath, for appellant. E. C. Sherwood, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Heiser v. Cincinnati Abattoir Co., 141 App. Div. 400, 126 N. Y. Supp. 265. Order filed.

HELLIS, Respondent, v. WESTERN LIFE INDEMNITY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Clara M. Hellis against the Western Life Indemnity Company. PER CURIAM. Judgment affirmed, with costs. SPRING and KRUSE, JJ., dissent.

HENDERSON, Appellant, v. GUARANTY TRUST CO. OF NEW YORK, Respondent, et al. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Lillie T. Henderson against the Guaranty Trust Company of New York and others. PER CURIAM. So much of the order appealed from as denies plaintiff's motion to strike out as irrelevant and redundant the words composing the first paragraph of the second defense and the first paragraph of the third defense, which words are as follows: "This defendant